**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SANTOS HERNANDEZ GOMEZ, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO.  16-17046** |
| **SHERIFF NEWELL NORMAND, ET AL** | **SECTION "H"(3)** |

## ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, come defendants, Sheriff Newell Normand and Sgt. Julio Alvarado, who in response to the Complaint for Damages filed herein by the plaintiffs, respectfully submit the following:

## FIRST DEFENSE

The Complaint fails to state a claim against the defendants upon which relief can be granted.

## SECOND DEFENSE

All of the acts and actions taken by the defendants herein were reasonable under the circumstances and do not support a claim under a theory of vicarious liability or *respondeat superior*.

**THIRD DEFENSE**

That the plaintiff, Santos Hernandez Gomez, by virtue of his own actions and conduct, was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

**FOURTH DEFENSE**

The Court is without jurisdiction in this matter inasmuch as the amount in controversy, exclusive of interest and costs, does not exceed the sum and value of $75,000.00.

**FIFTH DEFENSE**

The Court is without jurisdiction as to all claims asserted by the plaintiffs in this matter inasmuch as the Complaint fails to state a proper claim for relief under the Constitution of the United States or any United States statute.

**SIXTH DEFENSE**

All of the acts and actions taken by the defendants herein were reasonable under the circumstances and were taken pursuant to valid and constitutional policies and in no way provide any basis for any claim under *Monell*.

**SEVENTH DEFENSE**

Defendants further submit that the claims of the plaintiffs are frivolous, groundless and unreasonable and, as such, the defendants are entitled to an award against the plaintiffs for all attorney's fees and costs expended in this matter pursuant to 42 USC 1983.

**EIGHTH DEFENSE**

Defendants affirmatively plead qualified immunity and any other applicable immunities and/or limitations of liability as provided for in the Constitution and laws of the United States

and the Constitution and laws of the State of Louisiana, including but not limited to the discretionary immunity provided in La. R.S. 9:2798.1.

## NINTH DEFENSE

Any and all damages and/or injuries sustained or incurred by the plaintiffs were the fault of individuals and/or entities over whom the defendants have no control.

## TENTH DEFENSE

Plaintiffs' claims are barred and/or premature pursuant to the doctrines established by the case law in *Heck v. Humphrey*.

## ELEVENTH DEFENSE

And now, defendants respond to the allegations of the plaintiffs' Complaint, paragraph by paragraph, as follows:

I.

The allegations contained in paragraph 1, as written, are admitted.

II.

The allegations contained in paragraph 2, as written, are admitted.

III.

The allegations contained in paragraph 3 require no answer.  However, defendants also request trial by jury herein.

IV.

The allegations contained in paragraph 4 are denied for lack of sufficient information upon which to justify a belief therein.

V.

The allegations contained in paragraph 5, as they pertain to the status of Sheriff Newell

Normand, are admitted; all other allegations are denied for lack of sufficient information upon which to justify a belief therein.

## VI.

The allegations contained in paragraph 6, as they pertain to the status of Sgt. Julio Alvarado, are admitted; all other allegations are denied for lack of sufficient information upon which to justify a belief therein.

## VII.

The allegations contained in paragraph 7 are denied, except to admit that at all times pertinent hereto, Sgt. Julio Alvarado was acting in the course and scope of his employment with the Jefferson Parish Sheriff's Office.

## XVIII.

The allegations contained in paragraph 8 are denied for lack of sufficient information upon which to justify a belief therein.

Plaintiffs mistakenly labeled two additional paragraphs 7 and 8, the allegations of which are denied for lack of sufficient information upon which to justify a belief therein.

## IX.

The allegations contained in paragraph 9 are denied for lack of sufficient information upon which to justify a belief therein.

## X.

The allegations contained in paragraph 10 are denied for lack of sufficient information upon which to justify a belief therein.

## XI.

The allegations contained in paragraph 11 are denied for lack of sufficient information upon

which to justify a belief therein.

XII.

The allegations contained in paragraph 12 are denied for lack of sufficient information upon which to justify a belief therein.

XIII.

The allegations contained in paragraph 13 are denied for lack of sufficient information upon which to justify a belief therein.

XIV.

The allegations contained in paragraph 14 are denied for lack of sufficient information upon which to justify a belief therein.

XV.

The allegations contained in paragraph 15 are denied for lack of sufficient information upon which to justify a belief therein.

XVI.

The allegations contained in paragraph 16 are denied for lack of sufficient information upon which to justify a belief therein.

XVII.

The allegations contained in paragraph 17 are denied are denied for lack of sufficient information upon which to justify a belief therein.

XVIII.

The allegations contained in paragraph 18 are denied for lack of sufficient information upon which to justify a belief therein.

XIX.

The allegations contained in paragraph 19 are denied for lack of sufficient information upon which to justify a belief therein.

XX.

The allegations contained in paragraph 20 are denied for lack of sufficient information upon which to justify a belief therein.

XXI.

The allegations contained in paragraph 21 are denied for lack of sufficient information upon which to justify a belief therein.

XXII.

The allegations contained in paragraph 22  are denied for lack of sufficient information upon which to justify a belief therein.

XXIII.

The allegations contained in paragraph 23  are denied for lack of sufficient information upon which to justify a belief therein.

XXIV.

The allegations contained in paragraph 24 are denied for lack of sufficient information upon which to justify a belief therein.

XXV.

The allegations contained in paragraph 25 are denied for lack of sufficient information upon which to justify a belief therein.

XXVI.

The allegations contained in paragraph 26 are denied for lack of sufficient information upon

which to justify a belief therein.

## XXVII.

The allegations contained in paragraph 27 are denied for lack of sufficient information upon which to justify a belief therein.

## XXVIII.

The allegations contained in paragraph 28 are denied for lack of sufficient information upon which to justify a belief therein.

## XXIX.

The allegations contained in paragraph 29  are denied, except to admit that at some point in time one of the individuals taken into custody was taken to Children's Hospital.

## XXX.

The allegations contained in paragraph 30 are denied for lack of sufficient information upon which to justify a belief therein.

## XXXI.

The allegations contained in paragraph 31 are denied.

## XXXII.

The allegations contained in paragraph 32 are denied, except to admit that at some point in time the individuals taken into custody were transported to the Juvenile Detention Center.

## XXXIII.

The allegations contained in paragraph 33 are denied, except to admit that at some point in time the individuals taken into custody were charged appropriately.

## XXXIV.

The allegations contained in paragraph 34 are denied for lack of sufficient information upon

which to justify a belief therein.

XXXV.

The allegations contained in paragraph 35 are denied for lack of sufficient information upon which to justify a belief therein.

XXXVI.

The allegations contained in paragraph 36 are denied for lack of sufficient information upon which to justify a belief therein.

XXXVII.

The allegations contained in paragraph 37 are denied for lack of sufficient information upon which to justify a belief therein.

XXXVIII.

The allegations contained in paragraph 38 require no answer.  However, in an abundance of caution, those allegations are denied.

XXXVIII(2)

The allegations contained in the second paragraph 38 are denied.

XXXIX.

The allegations contained in paragraph 39 are denied.

XL.

The allegations contained in paragraph 40 are denied.

XLI.

The allegations contained in paragraph 41 are denied.

XLII.

The allegations contained in paragraph 42 are denied.

XLIII.

The allegations contained in paragraph 43 are denied.

XLIV.

The allegations contained in paragraph 44 are denied.

XLIV(2)

The allegations contained in the second paragraph 44 are denied for lack of sufficient information upon which to justify a belief therein.

XLV.

The allegations contained in paragraph 45 are denied for lack of sufficient information upon which to justify a belief therein.

XLVI.

The allegations contained in paragraph 46 are denied.

XLVII.

The allegations contained in paragraph 47 are denied.

XLVIII.

The allegations contained in paragraph 48 are denied for lack of sufficient information upon which to justify a belief therein.

XLIX.

The allegations contained in paragraph 49 are denied for lack of sufficient information upon which to justify a belief therein.

L.

The allegations contained in paragraph 50 are denied for lack of sufficient information upon which to justify a belief therein.

LI.

The allegations contained in paragraph 51 are denied for lack of sufficient information upon which to justify a belief therein.

LII.

The allegations contained in paragraph 52 are denied for lack of sufficient information upon which to justify a belief therein.

LIII.

The allegations contained in paragraph 53 are denied for lack of sufficient information upon which to justify a belief therein.

LIV.

The allegations contained in paragraph 54 are denied.

LV.

The allegations contained in paragraph 55 are denied for lack of sufficient information upon which to justify a belief therein.

LVI.

The allegations contained in paragraph 56 are denied for lack of sufficient information upon which to justify a belief therein.

LVII.

The allegations contained in paragraph 57 are denied.

LVIII.

The allegations contained in paragraph 58 require no answer; however, in an abundance of caution, those allegations are denied.

LIX.

The allegations contained in paragraph 59 require no answer; however, in an abundance of caution, those allegations are denied.

LX.

The allegations contained in paragraph 60 are denied.

LXI.

The allegations contained in paragraph 61 are denied for lack of sufficient information upon which to justify a belief therein.

LXII.

The allegations contained in paragraph 62 are denied for lack of sufficient information upon which to justify a belief therein.

LXIII.

The allegations contained in paragraph 63 are denied for lack of sufficient information upon which to justify a belief therein.

LXIV.

The allegations contained in paragraph 64 are denied for lack of sufficient information upon which to justify a belief therein.

LXV.

The allegations contained in paragraph 65 are denied.

LXVI.

The allegations contained in paragraph 66 require no answer; however, in an abundance of caution, those allegations are denied.

LXVII.

The allegations contained in paragraph 67 are denied.

LXVIII.

The allegations contained in paragraph 68 are denied.

LXIX.

The allegations contained in paragraph 69 are denied.

LXX.

The allegations contained in paragraph 70 require no answer; however, in an abundance of caution, those allegations are denied.

LXXI.

The allegations contained in paragraph 71 require no answer; however, in an abundance of caution, those allegations are denied.

LXXII.

Further answering, defendants aver that all actions taken by the defendants were taken in good faith, with probable cause and without malice, entitling the defendant deputy to the defense of qualified immunity.

LXXIII.

Defendants affirmatively plead the fault of the plaintiff in bar of/reduction of any recovery herein.

**WHEREFORE,** defendants, Sheriff Newell Normand and Sgt. Julio Alvarado, pray that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of defendants, Sheriff Newell Normand and Sgt. Julio Alvarado, and against the plaintiffs, dismissing the plaintiffs' Complaint, with prejudice, and at plaintiffs' costs.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone:  (504) 834-7676
Facsimile:  (504) 834-5409

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (9012)**
**JEFFREY D. MARTINY (35012)**
Attorneys for Defendants, Sheriff Newell Normand
and Sgt. Julio Alvarado

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

*/s/ Daniel R. Martiny*
DANIEL R. MARTINY (9012)