**MINUTE ENTRY**
**ROBY, C. M. J.**
**January 29, 2018**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SANTOS HERNANDEZ GOMEZ ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:   16-17046** |
| **NEWELL NORMAND ET AL** | **SECTION: "H"  (4)** |

A Settlement Conference was held on this date.  Participating were: **Miguel A. Elias** representing the plaintiffs, and **Jahida Lewis** on behalf of the plaintiffs and **Daniel Rault Martiny and Jeffrey David Martiny** representing the defendants.  Negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**District Judge Jane Triche Milazzo**

**MJSTAR:    1:10**